**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TOMMY THORN**                                                              **PLAINTIFF**

**V.**                             **NO. 3:16CV00208-JTR**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing

the decision of the Commissioner, and remanding this case to the Commissioner for

further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan*

*v. Sullivan*, 501 U.S. 89 (1991).

DATED this 6th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE